## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CRIMINAL NOS. 07-389-1 & 08-391-1 |
| | : | |
| CORNELIUS STALLWORTH | : | |
| USM# 50737-066 | : | |

### O R D E R

AND NOW this  28  day of _____ , 2015, pursuant to 18

U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the

parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 103

months, effective November 1, 2015.

BY THE COURT:

The Honorable Mary A. McLaughlin
**United States District Court Judge**

cc.   PROBATION
      U.S. MARSHAL